UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
EX REL. IVO PEREZ,

Petitioner,

v.

WARDEN, FMC ROCHESTER,

Respondent.

Civil No. 00-2248 (DWF/JMM)

ORDER

On October 4, 2000, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being confined at the Federal Medical Center, Rochester, Minnesota, in violation of federal law and the Constitution.

The Respondent is directed to make a return in writing on or before November 1, 2000, showing the true cause of Petitioner's continuing confinement, and explaining why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority; and

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

FILED OCT 10 2000
, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Respondent's return should specifically address Petitioner's assertion that the federal district court can entertain his current application for habeas corpus relief under 28 U.S.C. § 2241 because the remedy provided by 28 U.S.C. § 2255 is inadequate or ineffective under the circumstances of this case.

The Court will entertain a motion to grant the relief requested in the petition if a written return is not filed by November 1, 2000, as required by this order.

Dated: October 10, 2000

JOHN M. MASON
United States Magistrate Judge