ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2248 DWF/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. IVO PEREZ, Petitioner, | ) | |
| v. | ) | ORDER |
| WARDEN, FMC ROCHESTER, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore, there being no objection by Petitioner,

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until November 21, 2000 to prepare and submit its return to the Petition.

Dated: October 31, 2000

John M. Mason
United States Magistrate Judge

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________