# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ivo Perez, Ex Rel., Case No. Civil 00-2248 DWF/JMM

Plaintiff

v. **JUDGMENT IN A CIVIL CASE**

Warden FMC Rochester

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge John M. Mason's Report and Recommendation dated 2/27/01 is adopted in its entirety. The Petition for a writ of habeas corpus is denied and the Petition is hereby dismissed with prejudice.

DATE: June 7, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk